**2014–1067. State ex rel. Stredney v. DiCicco.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.
  Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.